UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62654-CIV-DIMITROULEAS/SNOW

PATRICIA KENNEDY, Individually, &
ROBERTCOHEN, Individually,

    Plaintiffs,

vs.

OV 5 CORAL POLLO, LLC,,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation for Voluntary Dismissal With Prejudice [DE 21] (the "Stipulation"), filed herein on August 24, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 21] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 24th day of August 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of record